NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-1746

STATE OF LOUISIANA

VERSUS

JOHN PAUL MOROTT

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 61,166
HONORABLE VERNON B. CLARK, DISTRICT JUDGE
\*\*\*\*\*\*\*\*\*\*

**GLENN B. GREMILLION**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Glenn B. Gremillion and
\*John B. Scofield, Judges.

**\* Honorable John B. Scofield participated in this decision by appointment of the
Louisiana Supreme Court as *Judge Pro Tempore.***

**AFFIRMED.**

**Hon. William E. Tilley**
**District Attorney - 30th JDC**
**P.O. Box 1188**
**Leesville, LA 71446-1188**
**(337) 239-2008**
**Counsel for Plaintiff/Appellee**
      **State of Louisiana**

**Terry Wayne Lambright**
**P. O. Box 1188**
**Leesville, LA 71446-1188**
**(337) 239-6557**
**Counsel for Plaintiff/Appellee**
        **State of Louisiana**

**Karen G. Arena**
**Louisiana Appellate Project**
**110 Veterans Memorial Blvd., #222**
**Metairie, LA 70005**
**(504) 828-6870**
**Counsel for Defendant/Appellant**
        **John Paul Morott**

**John Paul Morott**
**Louisiana State Penitentiary**
**Camp D Hawk 4R #6**
**Angola, LA 70712**